# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0020. NAIM ISLAM AL-QAADIR, JR. v. THE STATE.**

This case was docketed on July 19, 2023, and Appellant's enumeration of errors and brief was due 20 days thereafter. See Court of Appeals Rule 23 (a). This Court granted Appellant's motion for an extension of time, allowing Appellant until August 28, 2023, to file an enumeration of errors and brief. Appellant failed to comply with the extended deadline, and on September 5, 2023, this Court ordered Appellant to file an enumeration of errors and brief no later than September 15, 2023. As of the date of this order, Appellant has not filed an enumeration of errors and brief. Accordingly, this appeal is hereby DISMISSED. See Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/22/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*